IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAUNCEY G. ALMONTE,

    Plaintiff,

vs.                                Civil Action 2:11-CV-179
                                    Judge Sargus
                                    Magistrate Judge King

ALLIED INTERSTATE COLLECTION AGENCY,

    Defendant.

## ORDER

Plaintiff was granted until September 15, 2011, to show cause why the case should not be dismissed for failure to effect service of process within 120 days of the filing of the *Complaint*. *See* Fed. R. Civ. P. 4(m). *Order*, Doc. No. 5. Plaintiff has made no response to that *Order*.

This action is hereby **DISMISSED**, without prejudice, for failure to effect timely service of process.

The Clerk shall enter **FINAL JUDGMENT**.

10-5-2011
Date

                                              Edmund A. Sargus, Jr.
                                              United States District Judge