AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHAUNCEY G. ALMONTE,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**ALLIED INTERSTATE**          **CASE NO.  C2-11-179**
**COLLECTION AGENCY,**      **JUDGE EDMUND A. SARGUS, JR.**
                                   **MAGISTRATE JUDGE NORAH MCCANN KING**

          **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed October 6, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: October 6, 2011                JAMES BONINI, CLERK

                               */S/ Andy F. Quisumbing*
                                (By) Andy F. Quisumbing
                                Courtroom Deputy Clerk